NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0331

STATE OF LOUISIANA

VERSUS

KATHY CLARK DECKER

**********
APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NOS. 62,734; 62,734AM; 62,758
HONORABLE VERNON B. CLARK, DISTRICT JUDGE

**********

JIMMIE C. PETERS
JUDGE

**********

Court composed of Chief Judge Ned E. Doucet, Jr., Billie Colombaro Woodard, and Jimmie C. Peters, Judges.

**SENTENCE VACATED AND REMANDED FOR RESENTENCING.**

Pamela S. Moran
Attorney at Law
Post Office Box 840030
New Orleans, LA  70184-0030
(504) 286-8697
COUNSEL FOR DEFENDANT/APPELLANT:
        Kathy Clark Decker

Terry W. Lambright
Assistant District Attorney-30th JDC
Post Office Box 1188
Leesville, LA  71446
(337) 239-2008
COUNSEL FOR APPELLEE:
        State of Louisiana